## Commonwealth ex rel. Clark *v.* Echo, Inc., Appellant.

Argued January 28, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*William J. Moran, III,* with him *Hillegass & Moran,* for appellant.

*Peter A. Glascott,* Assistant County Solicitor, with him *Samuel S. Gray,* County Solicitor, for county, appellee.

*Carl L. Mease,* Assistant Attorney General, for Commonwealth, Department of Health and Welfare, appellee.

OPINION PER CURIAM, April 22, 1970:
Judgment affirmed.